| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RODERICQUE THOMPSON, *et al.*, §
§
    Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:13-CV-516
§
R.W. RIVERA, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Rodericque Thompson and 17 additional inmates filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

    The plaintiffs included within their complaint an application that this matter be certified as a class action. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the application be denied.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED.** The plaintiffs' application for class certification is **DENIED**.

    SIGNED at Beaumont, Texas, this 20th day of December, 2013.

                                               MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE